# United States Court of Appeals
## For the First Circuit

No. 21-1415

SARA VITLLOCH ROQUE,

Plaintiff, Appellant,

v.

METROHEALTH, INC. d/b/a HOSPITAL METROPOLITANO,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 7, 2023, is amended as follows:

On page 4, line 16:  change "Age Discrimination and Employment" to "Age Discrimination in Employment"